Filing # 49387527 E-Filed 11/29/2016 02:21:35 PM

IN THE CIRCUIT COURT OF THE
18TH JUDICIAL CIRCUIT, IN AND
FOR SEMINOLE COUNTY, FLORIDA

CASE NO.

DEREK FLYNN,

    Plaintiff,

vs.

STATE FARM MUTUAL
AUTOMOBILE INSURANCE
COMPANY,

    Defendant.
_____/

## COMPLAINT

COMES NOW the Plaintiff, DEREK FLYNN, by and through his undersigned counsel, and sues Defendant, STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, and alleges:

1. This is an action for damages that exceed Fifteen Thousand Dollars ($15,000.00), exclusive of interest, costs and attorneys' fees.

2. At all times material hereto, Plaintiff is a resident of Seminole County, Florida.

3. At all times material hereto, Defendant is a foreign profit corporation authorized to do business and doing business in the state of Florida, and is the UM carrier for the Plaintiff.

4. On or about March 24, 2015, the Plaintiff was operating a motor vehicle travelling westbound on I-4 in Altamonte Springs, Seminole County, Florida.

5. On or about March 24, 2015, Nicole Castro was an underinsured driver operating a motor vehicle travelling westbound on I-4 behind Plaintiff's motor vehicle.

6.  At said time and place, Nicole Castro negligently operated and/or maintained the motor vehicle she was operating when she failed to properly decrease speed and she rear-ended Plaintiff's motor vehicle as the Plaintiff was slowing for traffic ahead.

7.  Defendant issued and delivered a policy of insurance to the Plaintiff which was in full force and effect on the date of the accident, with policy number 59-2217-Z92.

8.  Under the terms of the insurance policy, Defendant provided uninsured/underinsured motorist coverage in the amount of $100,000/$300,000.

9.  Defendant has in its custody and control a copy of the insurance policy and, therefore, it is not attached to the Complaint.

10. Plaintiff has furnished Defendant timely notice of the automobile accident and proof of the claim for damages described above and has otherwise performed all conditions precedent to entitle recovery under the uninsured/underinsured portion of the policy but Defendant has denied that coverage exists and/or refused to pay Plaintiff for the full value of the claim.

11. As a direct and proximate result of Defendant's negligence, the Plaintiff suffered bodily injury including a permanent injury to the body as a whole, pain and suffering of both a physical and mental nature, disability, physical impairment, disfigurement, mental anguish, inconvenience, loss of capacity for the enjoyment of life, aggravation of an existing condition, expense of hospitalization, medical and nursing care and treatment, loss of earnings, loss of ability to earn money and loss of ability to lead and enjoy a normal life. The losses are either permanent or continuing and Plaintiff will suffer the losses in the future. Plaintiff's motor vehicle was also damaged.

WHEREFORE, Plaintiff, DEREK FLYNN, demands judgment for damages against Defendant, STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, and other such relief deemed proper by the Court. Plaintiff also demands a jury trial on all issues so triable.

Dated this 29th day of November, 2016

/s/ W. Clay Mitchell, Jr.
W. Clay Mitchell, Esquire
FBN: 0077488
Morgan & Morgan, P.A.
20 N. Orange Avenue, 9th Floor
Orlando, FL 32801
407-420-1414, fax 407-245-3416
Attorneys for Plaintiff
CMitchell@forthepeople.com
LBland@forthepeople.com
DRamsey@forthepeople.com